**FILED UNDER SEAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JOHN DOE**                                                                     **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.: 3:24-cv-547-HTW-LGI**

**JANE ROE**                                                                     **DEFENDANT**

### DEFENDANT'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Jane Roe appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's decision and order (ECF No. 70) entered September 24, 2025 ("Order").  The Order decided several underlying motions including a denial of Plaintiff John Doe's Motion for Leave to File Complaint Under Pseudonym, to Proceed Pseudonymously, and to File Materials Under Seal (ECF No. 4), Defendant's Urgent and Necessitous Motion for Emergency Sealing or Redactions and for Sanctions (ECF No. 18) and Defendant's Motion for Protective Order to Proceed Pseudonymously and Objection to Plaintiff's Use of Mrs. Roe's Name (ECF No. 28).

Defendant is appealing those portions of the Order pertaining to her motions to maintain the confidentiality of her name and proceed using a pseudonym.  Defendant is not appealing the Court's decision regarding her request for sanctions against Plaintiff.  The Order is a final order and is immediately appealable under the collateral order doctrine because it conclusively determines a disputed question, whether Defendant may proceed in this action under a pseudonym, that is completely separate from the merits of the action and is effectively unreviewable on appeal from a final judgment.  *See Southern Methodist Univ. Ass'n of Women Law Students v. Wynne & Jaffe*, 599 F.2d 707, 711-12 (5th Cir. 1979) (holding that orders compelling disclosure of parties' identities are immediately appealable under the collateral order doctrine).

1

Case: 25-60589    Document: 1    Page: 2    Date Filed: 10/29/2025    2 of 3

**FILED UNDER SEAL**

This notice of appeal is timely pursuant to Federal Rules of Appellate Procedure 4(a)(1)(B)(i) and 26(a)(1).

Dated: October 23, 2025
       Flowood, Mississippi

       Respectfully Submitted,

**WATSON & NORRIS, PLLC**

By:  /s/Louis H. Watson, Jr.
      Louis H. Watson, Jr. (MSB#9053)

4209 Lakeland Drive #395
Flowood, MS 39232-9212
Phone: (601) 968-0000
Fascimile: (601) 968-0010
louis@watsonnorris.com

**WIGDOR LLP**

By:  /s/Jeanne M. Christensen
      Douglas H. Wigdor (*pro hac vice*)
      Jeanne M. Christensen (*pro hac vice*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com

**HB ADVOCATES PLLC**

By:  /s/Hayley Hanna Baker
      Hayley Hanna Baker (*pro hac vice*)

1831 12th Ave. S.
Nashville, TN 37203
Telephone: (615) 505-3260
Email: hbaker@hb-advocates.com

FILED UNDER SEAL

*Counsel for Defendant*