# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 24, 2026

Lyle W. Cayce
Clerk

No. 25-60589

JOHN DOE,

*Plaintiff—Appellee*,

*versus*

JANE ROE,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:24-CV-547

UNPUBLISHED ORDER

Before WILLETT, HO, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellant's opposed motion to place (1) the record on appeal and (2) the briefs to be filed in connection with this appeal under seal is DENIED.

IT IS FURTHER ORDERED that Appellant's alternative motion to redact (1) the record on appeal and (2) the briefs to be filed in connection with this appeal is GRANTED. Such redaction shall be temporary and subject to this court's final disposition regarding the appeal of the district court's "Order Denying Request to Use Pseudonyms." Such redaction shall

apply to the personally identifying information of both parties, including each party's name, address, place of employment, manner of employment, date of birth, and photographs.

Within fourteen days of the date of this order, the parties are each DIRECTED to file a redacted version of each of their filings in this court, in accordance with the above guidelines. Within fourteen days of the date of this order, Appellant is DIRECTED to file a redacted and an unredacted version of the record on appeal. The unredacted filings shall be SEALED and will remain on file for the court's use. The unredacted filings shall retain the pseudonymized case caption and pseudonymized party names.

The parties are further DIRECTED to advise this court should the district court change the sealed status of the record documents that are the subject of this order.

Finally, the clerk of court is directed to retain both parties' pseudonymization in the case caption but make the docket entries publicly accessible.