**No. 25-60589**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

JOHN DOE                                PLAINTIFF - APPELLEE

v.

JANE ROE                                DEFENDANT - APPELLANT

---

**On Appeal from the United States District Court for the Southern District of Mississippi No. 3:24-CV-547-HTW-LGI**

---

**APPELLANT'S MOTION TO VIEW DOCUMENTS UNDER SEAL AND TO EXTEND THE DEADLINE TO FILE A REDACTED VERSION OF THE RECORD ON APPEAL**

---

**THE WATSON LAW FIRM, PLLC**
Louis H. Watson, Jr.
1501 Jackson Ave W Ste. 113, PMB 101
Oxford, MS 38655-2566

**WIGDOR LLP**
Douglas H. Wigdor
Jeanne M. Christensen
Daniel J. Altaras
85 Fifth Avenue, Fl. 5
New York, NY 10003

**HB ADVOCATES PLLC**
Hayley H. Baker
1831 12th Ave. S.
Nashville, TN 37203
*Counsel for Defendant-Appellant*

1

## Certificate of Interested Persons

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

*Appellant*

Jane Roe

*Counsel for Appellant*

**THE WATSON LAW FIRM, PLLC**
Louis H. Watson, Jr.
1501 Jackson Ave W, Ste. 113, PMB 101
Oxford, MS 38655-2566

**WIGDOR LLP**
Douglas H. Wigdor
Jeanne M. Christensen
Daniel J. Altaras
85 Fifth Avenue, Fl. 5
New York, NY 10003

**HB ADVOCATES PLLC**
Hayley H. Baker
1831 12th Ave. S.
Nashville, TN 37203

*Appellee*

John Doe

*Counsel for Appellee*

**BRUNINI, GRANTHAM, GROWER & HEWES PLLC**
R. David Kaufman
M. Patrick McDowell
Jacob A. Bradley
P.O. Drawer 119
Jackson, MS 39205

**O'MELVENY & MYERS LLP**
Daniel M. Petrocelli
Megan K. Smith
1999 Avenue of the Stars, Suite 800
Los Angeles, CA 90067

Eric J. Amdursky
2765 Sand Hill Road
Menlo Park, CA 94025

Jonathan D. Hacker
1625 Eye Street, NW
Washington, DC 20006

**TO THE HONORABLE JUDGE OF THIS COURT:**

Comes now Defendant-Appellant Jane Roe ("Appellant"), by and through her attorneys of record, and moves the Court to grant her access to the Electronic Record on Appeal and to grant her an extension of the deadline to file a redacted version of the record on appeal until March 24, 2026.

## BACKGROUND

1.      On February 24, 2026, the Court directed Appellant to file redacted and unredacted versions of the record on appeal within fourteen days of the date of the order (March 10, 2026).  Dkt. No. 76-1 at 2 (the "Order").  The Court additionally directed the parties to file redacted versions of each of their filings in this Court by March 10, 2026.  Id.

2.      Thus, to comply with the Court's Order, Appellant needs to be able to access the record on appeal.  Neither Appellant nor her counsel currently have access to the record on appeal.

3.      As a result, the day the Order was filed, Appellant's counsel contacted their appellate service provider to inquire about accessing the record on appeal to comply with the Order's directives.

4.      In response, counsel's service provider recommended that Appellant's counsel reach out to the clerk's office for clarification.

5.      On February 25, 2026, the District Court indicated that "[t]he Court of Appeals has accepted the Electronic Record on Appeal and it is available for attorney access and download."

6.      Thereafter, Appellant's counsel's office tried accessing the record on appeal, but could not access the record. In fact, Appellant's counsel's office tried accessing the record every single business day between February 25, 2026, through March 4, 2026, but was unsuccessful.

7.      On February 27, 2026, Appellant's counsel left a detailed voicemail with Fifth Circuit Case Manager Shea Pertuit VanVoorhis ("Ms. VanVoorhis") requesting clarification on how Appellant could access the record on appeal.

8.      On March 2, 2026, Appellant's counsel's office left another voicemail with Ms. VanVoorhis to seek clarification on how Appellant could access the record on appeal.

9.      On March 3, 2026, Appellant's counsel's office spoke with Ms. VanVoorhis who advised Appellant's counsel to contact the District Court clerk.

10.     Thereafter, Appellant's counsel's office left a voicemail with the District Court clerk to seek clarification on how Appellant could access the record on appeal.

11.     On March 4, 2026, Appellant's counsel's office spoke with the District Court clerk who advised Appellant's counsel to contact Ms. VanVoorhis.

12.    Thereafter, Appellant's counsel spoke with Ms. VanVoorhis who explained that Appellant must file a motion to access the record on appeal.

13.    Further, Ms. VanVoorhis explained that the Court already has an unredacted version of the record on appeal, and therefore Appellant must only file a redacted version of the record and a redacted version of her filings in this Court.

14.    As such, Appellant maintains that a modest extension of the deadlines—to March 24, 2026—will allow Appellant sufficient time to comply with the Court's Order without significantly delaying the proceedings.

## PRAYER

Appellant Jane Roe, by and through her attorneys of record, prays the Court grant her and Appellee John Doe access to the record on appeal and extend the deadline to file a redacted version of the record on appeal and a redacted version of her filings in this Court to March 24, 2026.

THIS, the 5th day of March, 2026.

Respectfully Submitted,

**THE WATSON LAW FIRM, PLLC**

By: _____/s/Louis H. Watson, Jr._____
            Louis H. Watson, Jr.

1501 Jackson Ave W, Ste. 113, PMB 101
Oxford, MS 38655-2566
Phone: (601) 253-1177
Fascimile: (601) 968-0010
louis@thewatsonlawfirm.com

6

**WIGDOR LLP**

By: _____
          /s/Jeanne M. Christensen

Douglas H. Wigdor
Jeanne M. Christensen
Daniel J. Altaras

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com
daltaras@wigdorlaw.com

**HB ADVOCATES PLLC**

By: _____
          /s/Hayley Hanna Baker

Hayley Hanna Baker

1831 12th Ave. S.
Nashville, TN 37203
Telephone: (615) 505-3260
Email: hbaker@hb-advocates.com

*Counsel for Defendant*

**Certificate of Conference**

I certify that on March 4, 2026, counsel for Appellant Jane Roe conferred via email and telephone with counsel for Appellee John Doe. On March 5, 2026, counsel for Appellee John Doe stated that Appellee is unopposed to this motion.

**Certificate of Compliance**

Pursuant to Federal Rule of Appellate Procedure 27(d), counsel for Defendant-Appellant certifies that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 550 words, excluding the parts of the motion exempted by Fed. R. App. P. 27.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and (6) because this motion has been prepared using Microsoft Office Word and is set in Times New Roman font in a size equivalent to 14 points or larger.

**Certificate of Service**

I certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will provide notification of such filing to all CM/ECF participants.