# United States Court of Appeals

*for the*

# Fifth Circuit

Case No. 25-60589

JOHN DOE,

*Plaintiff,*

v.

JANE ROE,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON

## NOTICE OF FILING OF REDACTED VERSIONS OF [45-1], [45-2], AND [51-1] PURSUANT TO COURT ORDER [76-1]

DANIEL M. PETROCELLI
MEGAN K. SMITH
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Eighth Floor
Los Angeles, California 90067
(310) 553-6700
dpetrocelli@omm.com
megansmith@omm.com

ERIC AMDURSKY
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
(650) 473-2600
eamdursky@omm.com

JONATHAN D. HACKER
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
jhacker@omm.com

R. DAVID KAUFMAN
M. PATRICK MCDOWELL
JACOB A. BRADLEY
BRUNINI GRANTHAM GROWER &
    HEWES, PLLC
P.O. Drawer 119
Jackson, Mississippi 39205
(601) 948-3101
dkaufman@brunini.com
pmcdowell@brunini.com
jbradley@brunini.com

*Attorneys for Plaintiff-Appellee John Doe*

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN, PLEASE TAKE NOTICE THAT:**

Pursuant to this Court's February 24, 2026 order [76-1], Appellee John Doe has re-filed redacted versions of Docket Nos. 45-1, 45-2, and 51-1, consistent with this Court's temporary redaction order. Accordingly, Docket Nos. 45-1, 45-2, and 51-1 should remain under seal, and the newly re-filed redacted versions should remain publicly available.

Dated:  March 10, 2026.                Respectfully submitted

By:  */s/  Jonathan D. Hacker*
Jonathan D. Hacker

*Counsel for Appellee John Doe*

-1-