

**Daniel J. Altaras**
daltaras@wigdorlaw.com

March 24, 2026

**<u>VIA ECF</u>**

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

      Re:    *Doe v. Roe*, Case No. 25-60589

Dear Mr. Cayce,

We write on behalf of Defendant-Appellant Jane Roe ("Appellant") in response to the Court's February 24, 2026 Order (the "Order") directing Appellant to file a redacted version of the record on appeal and a redacted version of her filings in this Court. Dkt. No. 76-1 at 2.

On March 5, 2026, Appellant filed a motion requesting access to the record on appeal and an extension of time to file a redacted version of the record on appeal and a redacted version of her filings in this Court. Dkt. No. 83 at 4. On March 10, 2026, the Court granted Appellant's motion and extended the deadline to file a redacted version of the record on appeal and a redacted version of her filings in this Court to March 24, 2026.

After carefully reviewing the Court's Order, Appellant's filings, and the record on appeal, we have concluded that Appellant's filings to this Court do not contain personally identifying information of either party. Therefore, Appellant will not file redacted versions of her filings in this Court. However, in compliance with this Court's Order, Appellant has filed a redacted version of the record on appeal with the United States District Court for the Southern District of Mississippi.

We thank the Court for its time and attention to this matter.

Sincerely,

Daniel J. Altaras